# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142143

LAFARGE MIDWEST, INC.,
          Petitioner-Appellee,

v

CITY OF DETROIT,
          Respondent-Appellant.

SC: 142143
COA: 289292
MTT: 00-318224, 00-328284,
        00-328928

_____/

On order of the Court, the application for leave to appeal the October 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARY BETH KELLY, J. (*concurring*).

I concur with this Court's decision to deny leave to appeal. However, I write separately to indicate that I would have reversed the Court of Appeals for the reasons stated in the dissent had the Legislature not amended the renaissance zone act, MCL 125.2681 *et seq.*, after that court released its opinion.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2011                                              Clerk

t0517